IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HEATH WAYNE YATES   xxx-xx-1739  § | Case No. 16-60774 |
| xxx-xx-0000  § | Chapter 13 |
| 480 VZ CR 1111  § | |
| FRUITVALE, TX 75127  § | |
| § | |
| DEBTORS | |

**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)**

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

   | a | Statement of Affairs and Schedules | X |
   |---|---|---|
   | b | Tax returns for the years | None |
   | c | Evidence of insurance | |
   | | Liability | |
   | | Property | |
   | | Workers Compensation | |
   | | Other | |
   | d | Bank Statements | |
   | e | Business Licenses, Permits | |
   | f | Other | |

2. The 341 meeting of creditors was held on
   
   | 1/23/17 |
   |---|

3. The Debtor's business is located at:
   
   | 480 VZCR 1111, Fruitvale, TX 75127 |
   |---|

4. Nature of Debtor's business:

   | a | Retail | |
   |---|---|---|
   | b | Service (specify) | X |
   | c | Other (specify) | |

5. Debtor's business is:

   | a | Sole Proprietorship | |
   |---|---|---|
   | b | Corporation | X |
   | c | Partnership | |
   | d | Other (specify) | |

6. Debtor is:

| a | Owner | X |
|---|-------|---|
| b | Partner | |
| c | Shareholder | |

| 7. Years of operation of Debtor's business | unknown |
|---|---|
| 8. Number of employees (excluding debtors) | 2 contract labor |
| 9. Statement of Financial Affairs Questions 1-15 complete? | No |
| 10. Additional information requested on Questions? | Add income for last 3 years |
| 11. Statement of Financial Affairs Questions 16-25 complete? | Yes |
| 12. Additional information requested on Questions? | |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | X | |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | | X |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | X | |
| Schedule J | X | |
| Credit Counseling | X | |
| Profit Loss Statements | | X |
| Tax Returns | | X |

| 9. Have all required State, Local and Federal tax returns been filed | All but 2014 and 2015 |
|---|---|
| 10. Has all information requested by the Trustee been provided | No |
| 11. Missing documents to be provided within 14 days: | Profit & loss statements 6 months prior to filing with bank statements; 2015 tax return; bank statement for date of filing |
| 12. Additional documents requested at the 341 meeting | Direct pay certification; profit & loss through confirmation with bank statement; DSO letter; proof of value or real |

|  |  |
|---|---|
|  | property; proof of auto insurance |
| 13. Debtor's primary business assets consist of: | None |
| 14. The total fair market value of the business as an ongoing concern is approximately: |  |
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $5,200 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $5,200 |

DATED 1/26/17.

        Respectfully submitted,

        JOHN J. TALTON
        CHAPTER 13 TRUSTEE


        /s/ John J. Talton
        John J. Talton, SBN 19629700
        Lloyd T. Kraus, SBN 24066773
        110 N. College #1200
        Tyler, Texas 75702
        (903) 593-7777, Fax (903) 597-1313

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 1/26/17:

    ERIC A LIEPINS  
    12770 COIT ROAD STE 1100  
    DALLAS, TX 75251

    HEATH WAYNE YATES  
    480 VZ CR 1111  
    FRUITVALE, TX 75127


    LINEBARGER ET AL  
    2777 N. STEMMONS FREEWAY, STE. 1000  
    DALLAS, TX 75207

    MCNALLY & PATRICK  
    100 E. Ferguson, Ste 400  
    Tyler, Texas 75702

    BARRETT DAFFIN FRAPPIER, ET AL  
    4004 Belt Line Rd Ste. 100  
    ADDISON, TX 75001


                                            /s/John J. Talton\_\_\_\_  
                                                John J. Talton